| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LIPPES MATHIAS, LLP<br>Joann Sternheimer, Esq.<br>54 State Street, Suite 1001<br>Albany, New York 12207<br>Tel.: (518) 462-0110<br>Email: jsternheimer@lippes.com<br>*Attorneys for Universal Finance Corp.* | |
| In Re:<br><br>JAMES PINE & SON TRUCKING LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No.: 23-19461 (JNP)<br><br>Honorable Jerrold N. Poslusny Jr. |

## AFFIDAVIT

COMMONWEALTH OF MASSACHUSETTS     )
                                                                    ss.:
COUNTY OF ESSEX                                         )

Scott Worth, being duly sworn, deposes and states as follows:

1. I am the Executive Vice President of Credit for Universal Finance Corp. ("Universal"). As part of my employment with Universal, I have personal responsibility for the management of Universal's books, records and accounts, including the accounts relating to this matter. I am one of the custodians of the books, records, and files of Universal as they pertain to the accounts relating to this matter. I have personally reviewed Universal's books, records, and files and, as to the following facts, I know them to be true to my own knowledge or have gained knowledge of them from reviewing Universal's books, records, and files maintained in the ordinary course of business. The information recorded in such books, records and files was recorded in the ordinary course of Universal's business at or about the time of the events referred to therein, by a person who had personal knowledge of the event being recorded and has or had a

1

business duty to accurately record such information. If called as a witness, I could and would testify competently as to these facts and circumstances.

2. This Affidavit is submitted in support of Universal's Memorandum of Law regarding the appropriate method that should be used to value certain equipment James Pine & Son Trucking, LLC (the "Debtor") proposes to retain pursuant to its as yet unfiled amended plan of reorganization.

3. On December 22, 2023, Universal's counsel moved for relief from the automatic stay (the "Motion") to continue an action commenced by Universal in the New Jersey Superior Court to recover certain equipment, defined herein, that Universal had a first-priority perfected security interest in.

4. On January 24, 2024, the Court granted Universal's motion and by later order dated February 5, 2024, ordered, among other things, that the Debtor to surrender 7 pieces of equipment to Universal to be liquidated in a commercially reasonable manner. Since entry of those orders, Universal has recovered and sold the equipment as follows:

    a. The 2015 Kenworth Model T880 Tandem Axle Tractor (Serial # 1XKZDP9X3FJ442850) sold for $42,500.00

    b. The 1998 Mack Model RD688S Tri-Axle Dump Truck (Serial # 1M2P267CXWM037050) sold for $19,900.00

    c. The 2001 Parker 34 Ft. Aluminum Tandem Axle Dump Trailer (Serial # 1P9DA7M271A053637) sold for $2,850.00

    d. The 2007 Ford Model F350 Single Axle Service Truck (Serial # 1FDWX37P07EA52554), with all attachments and accessories sold for $1,000.00

    e. The 1989 Mack Model Superliner RW613 Tandem Axle Tractor (Serial # 1M2AY04Y7KM005779) sold for $10,500.00

    f. The 1983 Parker Model TDA-28R 28ft Tandem Axle Trailer (Serial # 1P9DA7F27DA053008) sold for $4,000.00

g. The 1978 International Model C0F4070B Tandem Axle Cabover Tractor (Serial # E2327HGA19143), with Sleeper sold for $2,300.00

h. The 2013 Peterbilt Model 367 Tri-Axle Dump Truck (Serial # 1NPTLP0X1DD177772) sold for $38,500.00.

*[signature]*
Scott Worth
Executive Vice President of Credit
Universal Finance Corp.

Sworn to before me this
6th day of September, 2024.

*[signature]*
Notary Public-Commonwealth of Massachusetts

> JOHN M. TAMBURRINI
> Notary Public
> COMMONWEALTH OF MASSACHUSETTS
> My Commission Expires
> February 21, 2025

3