Form 173 − hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−19461−JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Pine & Son Trucking LLC
   3263 Tuckahoe Rd.
   Franklinville, NJ 08322

Social Security No.:

Employer's Tax I.D. No.:
   84−4279995

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              October 31, 2024
Time:                 10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by David A. Kasen on behalf of James Pine & Son Trucking LLC. Chapter 11 Plan Subchapter V Due by 01/24/2024. (Kasen, David)

*4* − Notice of Hearing for: Subchapter V Status Conference. (related document:1 Chapter 11 Voluntary Petition Filed by David A. Kasen on behalf of James Pine & Son Trucking LLC. Chapter 11 Plan Subchapter V Due by 01/24/2024. filed by Debtor James Pine & Son Trucking LLC). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Section 1111(b) Election Deadline is no later than 60 days from the petition date. Hearing scheduled for 12/21/2023 at 10:00 AM at JNP − Courtroom 4C, Camden.Subchapter V Status Report Due By 12/7/2023: (kvr)

and transact such other business as may properly come before the meeting.


Dated: September 4, 2024
JAN: kvr

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-19461-JNP
James Pine & Son Trucking LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Sep 04, 2024      Form ID: 173      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

**Recip ID    Recipient Name and Address**
cr      + Universal Finance Corp., c/o Lippes Mathias, LLP, 54 State Street Suite 1001, Albany, NY 12207, UNITED STATES 12207-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:**

**Name    Email Address**

David A. Kasen
    on behalf of Debtor James Pine & Son Trucking LLC dkasen@kasenlaw.com

Holly Smith Miller
    hsmiller@gsbblaw.com

Jaclyn Dopke
    on behalf of Creditor North Mill Equipment Finance  LLC c/o Jaclyn Scarduzio Dopke, Esquire fleischercases@fleischerlaw.com, jdopke@fleischerlaw.com

Joann Sternheimer
    on behalf of Creditor Universal Finance Corp. jsternheimer@lippes.com bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com;kluke@lippes.com

Kevin Callahan
    on behalf of U.S. Trustee U.S. Trustee kevin.p.callahan@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 04, 2024 | Form ID: 173 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6